ARCHIE DINNERMAN, Respondent, v. PARK LEXINGTON Co., INC., Appellant-Respondent, and DEAN CARPENTER, as Chairman of National Hotel Exposition, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

■

NAYA G. TOLISCHUS, Appellant, v. OTTO D. TOLISCHUS, Respondent.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ. [Order dismissed complaint.]

■

In the Matter of the Arbitration between ATLAS CHINA Co., INC., Respondent, and DAVID LIVINGSTON, as President of District 65, Distributive, Processing and Office Workers of America, et al., Appellants. In the Matter of the Arbitration between ATLAS CHINA Co., INC., Respondent, and DAVID LIVINGSTON, as President of District 65, Distributive, Processing and Office Workers of America, et al., Appellants.— Order [confirming award of arbitrator] unanimously affirmed. No opinion. Order [staying arbitration] unanimously affirmed. In affirming the order below we do so on the ground that the issues submitted on the second arbitration are too broad and would embrace an issue determined in the first arbitration. We do not decide that the union may not submit a proper issue, including any rights of reinstatement under the collective bargaining agreement, turning on events arising after the matters considered in the first arbitration, and without remedy that would relate back to the issues previously determined. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

■

In the Matter of EUGENE J. LUSTIG, Petitioner, against DEPARTMENT OF LABOR OF THE STATE OF NEW YORK et al., Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

■

In the Matter of the Accounting of MAURICE GOLDBERG et al., as Executors of BEN SCHARY, Deceased, Respondents. BYRDE SCHARY, Appellant; UNITED JEWISH APPEAL OF GREATER NEW YORK, INC., et al., Respondents.— In view of the size of the estate and the services rendered, it is hereby unanimously ordered that the decree so appealed from be and the same hereby is modified to the extent of reducing the allowance to the attorneys for the executors to $1,500 with disbursements of $86.41 and, as so modified, affirmed, with taxable disbursements to the appellant, but without costs. We do not pass on the $1,000 fee apparently charged to the widow personally for services not herein specified. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

■

KURT L. HERMANN, Appellant, v. COCHRANE HOLDING CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.